**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TED K. HURLEY,**<br><br>**Defendant.** | **2:26-po-05073- KLD**<br><br>**ORDER**<br><br>**Violation No.: F02S002R**<br>**Location Code: M10** |

Before the Court is the motion of the United States to dismiss the violation without prejudice and vacate all hearings in this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that Violation No. F02S002R is dismissed without prejudice.

IT IS FURTHER ORDERED that all hearings in this matter are VACATED.

DATED this 25th day of September, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge